# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LOUIS EDWARD BETHLEY, JR.

NO. 2021 KW 1301

**FEBRUARY 14, 2022**

---

In Re:    Louis Edward Bethley, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-14-0658.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on January 14, 2022.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT